UNITED STATES DISTRICT COURT
TO FILE A HABEAS CORPUS "STATE"

CAUSE OF ACTION: CHALLENGING ILLEGAL CONVICTION IN VIOLATION OF THE FIFTH AND FORTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

JONATHAN ALEXANDER SLAIKEU    Case NO. _____ CI

  VS

RICHARD MOSES, TREY TAYLOR, ATTORNEY GENERAL FOR THE STATE OF ALASKA, ANDREW PETERSON, JULIA MOUDY OF THE ANCHORAGE PUBLIC DEFENDER AGENCY, JAFFAR KHIMANI OF THE CONFLICT COUNSIL OF THE OFFICE OF PUBLIC ADVOCACY, JOHN HENRY ROBERSON OF THE CONFLICT COUNSIL OF THE OFFICE OF PUBLIC ADVOCACY, AND LAST MARCY MCDANIEL OF THE APPEALS AND STATEWIDE DEFENSE OF THE OFFICE OF PUBLIC ADVOCACY, JOHN DOE

RELIEF: MONETARY COMPENSATION TOO BE DETERMINED

A JURY TRIAL IS DEMANDED

RECEIVED DEC 16 2021 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

Signed: 12-13-21, Jon Slaikeu

NEOPOST
FIRST-CLASS MAIL
12/14/2021
US POSTAGE $007.33⁰



ZIP 99654
041M11450733



7021 0350 0000 8313 0162

Jonathan Alexander Starkea #493882
Goose Creek Correctional Center
22301 west Alsop Road
Wasilla, Alaska 99623

United States District Court
For The District of Alaska
222 west 7th Avenue #4
Anchorage, Alaska 99513-7564